UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            Plaintiff,

                                                                           ORDER

                                                                           06-CR-6169L

                      v.

LUIS ENRIQUE BRITO,

                            Defendant.
_____

      The matter having come before the Court following the completion of mental competency evaluations having been conducted by the U.S. Bureau of Prisons pursuant to Title 18, United States Code, Section 4241, and the Court being advised by the medical staff of the U.S. Bureau of Prisons that the defendant is presently suffering from a mental disease or defect, that the mental disease or defect renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and that the defendant's mental condition has not so improved nor is expected to improve within a reasonable period of time as to permit the trial to proceed, it is hereby

      ORDERED that the defendant is hereby remanded to the custody of the Attorney General or his authorized representative for designation to the Federal Medical Center in Butner, North

Carolina, pursuant to the final paragraph of Title 18, United States Code, Section 4241(d) for further evaluations and, if appropriate, proceeding pursuant to Title 18, United States Code, Section 4246.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 4, 2007.